## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| MICHAEL S. ALBA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-647-A |
| ) | |
| MERRILL LYNCH & CO., INC. ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter comes before the Court on Plaintiff's Motion for Reconsideration. The Court being of the opinion that the previous ruling was correct for the reasons stated, it is hereby

ORDERED that Plaintiff's Motion is DENIED.

/s/

_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
April 22, 2005